UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DIJON T. DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:23-CV-30-REW |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR JOYNER, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DISMISSES** all federal claims in Plaintiff Dijon Dixon's DE 1 Complaint with prejudice. The Court **ENTERS** judgment in favor of the Defendants with respect to such claims.

2. The Court **DISMISSES** all Kentucky-law claims without prejudice.

This the 30th day of May, 2023.



Signed By:
*Robert E. Wier*  REW
United States District Judge

1